**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                          Government,

                                                            15 CR. 652 (RMB)

          -against-
                                                            **ORDER**

LOUIS LOMBARD,
                          Defendant.
------------------------------------------------------------X

        Based upon the SDNY policy dated March 5, 2018 favoring early termination where
warranted, the factors of 18 U.S.C. § 3583(e)(1), and the record herein, and because
of Mr. Lombard's dedicated compliance with supervised release, including, but not limited to, his
successful completion of supervision and his steady employment and stable residence during the
exceptionally difficult circumstances brought about by the COVID-19 pandemic, the Court finds
that an early termination of supervised release effective June 28, 2021 is warranted. The Court
finds that Mr. Lombard has conducted himself in an exemplary and law abiding fashion and
exceeded the requirements (conditions) of his supervision. <u>See</u> transcript of proceedings held on
June 28, 2021 for a complete record.

Dated: June 28, 2021
      New York, NY

                                      _____
                                         RICHARD M. BERMAN
                                         U.S.D.J.

## Certificate of Early Completion of Supervised Release

To acknowledge fulfillment of the terms and conditions of Louis Lombard's supervised release, and his hard work and dedication, and achievements, the Court hereby terminates Lombard's further supervised release obligations.
Congratulations for a job well done.

*Richard M. Berman*

June 28, 2021

Richard M. Berman
U.S. District Judge